COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:    In re The State of Texas

Appellate case number:    01-19-00688-CR

Trial court case number:    2226877

Trial court:    Co Crim Ct at Law No 7 of Harris County

Relator's motion for temporary relief is hereby GRANTED. Enforcement of the trial court's August 23, 2019, order granting sanctions is hereby stayed pending the resolution of a mandamus proceeding Relator filed in this matter on September 13, 2019.

It is so ORDERED.

Judge's signature:    _____/s/ Russell Lloyd_____
                       Acting individually

Date:   __September 19, 2019_____